UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CARRIE SINCLAIR,<br>                Plaintiff,<br>-v-<br>JOSHUA J. ENTERPRISES, INC.,<br>                Defendant. | No. 1:21-cv-159<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court dismissed this lawsuit for lack of prosecution. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 6, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge